# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEIGTECH EAST BAY LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LUTRON ELECTRONICS CO., INC.,<br><br>        Defendant. | Civil Action No. 1:20-cv-10195<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF PLAINTIFF'S MOTION
## FOR PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that Plaintiff GeigTech East Bay LLC d/b/a J Geiger ("J Geiger") hereby moves pursuant to Federal Rules of Civil Procedure 65(a) for an Order enjoining Defendant Lutron Electronics Co., Inc. ("Lutron") pending the final hearing and determination of this action, from making, using, selling, offering to sell, and/or importing certain accused products of Lutron's Palladiom Shading System in the United States, and for such further relief as this Court deems just and proper. The grounds for this motion are set forth in the following documents, filed herewith: (1) Plaintiff's Memorandum of Law in Support of Its Motion for a Preliminary Injunction; (2) Declaration of James Geiger; (3) Declaration of John Nix; and (4) Declaration of Gary R. Sorden.

**WHEREFORE**, J Geiger respectfully requests the Court enter the attached order granting this motion for preliminary injunction, and for such other and further relief as this Court deems proper.

Dated: January 13, 2021  　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Gary R. Sorden*
　　　　　　　　　　　　　　　　　　　Jed M. Weiss, Bar ID JMW-5293
　　　　　　　　　　　　　　　　　　　Molly G. Rothschild, Bar ID-5691589
　　　　　　　　　　　　　　　　　　　**COLE SCHOTZ, P.C.**
　　　　　　　　　　　　　　　　　　　1325 Avenue of the Americas, 19th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10025

　　　　　　　　　　　　　　　　　　　Gary R. Sorden (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24066124
　　　　　　　　　　　　　　　　　　　gsorden@coleschotz.com
　　　　　　　　　　　　　　　　　　　Brian L. King (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24055776
　　　　　　　　　　　　　　　　　　　bking@coleschotz.com
　　　　　　　　　　　　　　　　　　　James R. Perkins (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24074881
　　　　　　　　　　　　　　　　　　　jperkins@coleschotz.com

　　　　　　　　　　　　　　　　　　　**COLE SCHOTZ, P.C.**
　　　　　　　　　　　　　　　　　　　901 Main Street
　　　　　　　　　　　　　　　　　　　Suite 4120
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75202
　　　　　　　　　　　　　　　　　　　Telephone: 469-557-9390
　　　　　　　　　　　　　　　　　　　Fax: 469-533-1587

　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　**GEIGTECH EAST BAY LLC**

## CERTIFICATE OF SERVICE

　　　The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on January 13, 2021 to all counsel of record via ECF and electronic mail.


　　　　　　　　　　　　　　　　　　　*/s/ Gary R. Sorden*
　　　　　　　　　　　　　　　　　　　Gary R. Sorden